UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NOVO NORDISK INC. and NOVO
NORDISK A/S,

   Plaintiffs,

v.                                               Case No: 8:24-cv-2294-WFJ-LSG

EMBODIMENT MEDSPA LLC,

   Defendant.
_____/

**O R D E R**

The Court has been advised by **the Notice of Settlement and Joint Motion to Stay Case Deadlines (Dkt. 28)** that the above-styled action has been settled in principle. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, on or before 5:00 p.m., February 3, 2025, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action. After February 3, 2025, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on January 6, 2025.

                                               s/*William F. Jung*
                                               **WILLIAM F. JUNG**
                                               **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record